KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger SBN 226112
548 Market Street #85399
San Francisco, CA 94104
4159551155


Representing: Plaintiff


UNITED STATES DISTRICT COURT
Northern District of California - District - San Francisco


| | |
|---|---|
| VICIOUS BRANDS, INC., et al.<br>**Plaintiff/Petitioner**<br><br>vs.<br><br>HOLLY CUTLER, et al.<br>**Defendant/Respondent** | Case No. 3:24-cv-04996-LJC<br><br>Proof of Service of:<br>Summons, Complaint, Civil Cover Sheet, Certification of Conflicts and Interested Entities or Persons Pursuant to Civil Local Rule 3-15 and Fed. R. CIV. P. 7. 1 Statement, Report on the Filing of an Action Regarding Patent or Trademark, Notice of Electronic Filing, Notice of Assignment of Case to A United States Magistrate Judge for A Trial, Blank Consent or Declination to Magistrate Judge Jurisdiction, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction, Standing Order for All Judges of the Northern District of California Contents of Joints Case Management Statement, Standing Order for Magistrate Judge Lisa J. Cisneros, Standing Order for Civil Pretrial Conference for Magistrate Judge Lisa J. Cisneros, Trial Exhibit List ffor Magistrate Judge Lisa J. Cisneros, ECF Registration Information<br><br>Service on:<br>FACE CO., LLC, a Michigan limited liability company |

**PROOF OF SERVICE**

Order # 3303556

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>KRONENBERGER ROSENFELD, LLP<br>Karl S. Kronenberger SBN 226112<br>548 Market Street #85399<br>San Francisco, CA 94104<br>      TELEPHONE NO: 4159551155    FAX NO *(Optional)*:<br>  E-MAIL ADDRESS *(Optional)*: karl@kr.law<br>    ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | |
| PLAINTIFF / PETITIONER: VICIOUS BRANDS, INC., et al.<br>DEFENDANT / RESPONDENT: HOLLY CUTLER, et al. | CASE NUMBER:<br>3:24-cv-04996-LJC |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11702876 (3303556) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Cover Sheet, Certification of Conflicts and Interested Entities or Persons Pursuant to Civil Local Rule 3-15 and Fed. R. CIV. P. 7.1 Statement, Report on the Filing of an Action Regarding Patent or Trademark, Notice of Electronic Filing, Notice of Assignment of Case to A United States Magistrate Judge for A Trial, Blank Consent or Declination to Magistrate Judge Jurisdiction, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction, Standing Order for All Judges of the Northern District of California Contents of Joints Case Management Statement, Standing Order for Magistrate Judge Lisa J. Cisneros, Standing Order for Civil Pretrial Conference for Magistrate Judge Lisa J. Cisneros, Trial Exhibit List ffor Magistrate Judge Lisa J. Cisneros, ECF Registration Information

2. Party Served: FACE CO., LLC, a Michigan limited liability company

3. Person Served: Holly Cutler

4. Left With: Linda MacKinnon, Manager

5. Date & Time of Delivery: September 6, 2024 at 2:35 pm EDT

6. Address, City and State: 31350 Telegraph Rd Bingham Farms, Michigan, 48025

7. Manner of Service: **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of Linda MacKinnon , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $105.00

Not a Registered California process server.
Jason Schmaus

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Jason Schmaus*

Date: September 6, 2024

| | MC-031 |
|---|---|
| PLAINTIFF / PETITIONER: VICIOUS BRANDS, INC., et al. | CASE NUMBER: |
| DEFENDANT / RESPONDENT: HOLLY CUTLER, et al. | 3:24-cv-04996-LJC |

# DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: FACE CO., LLC, a Michigan limited liability company

1) Successful Attempt: Sep 6, 2024, 2:35 pm EDT at Business: 31350 Telegraph Rd, Bingham Farms, Michigan 48025 received by Linda MacKinnon. Other: Manager

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 6, 2024
Jason Schmaus
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify):* Process Server

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

ATTACHED DECLARATION

Page 1 of 1

MC-031

| PLAINTIFF / PETITIONER: VICIOUS BRANDS, INC., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: HOLLY CUTLER, et al. | 3:24-cv-04996-LJC |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 9/6/2024, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Cover Sheet, Certification of Conflicts and Interested Entities or Persons Pursuant to Civil Local Rule 3-15 and Fed. R. CIV. P. 7. 1 Statement, Report on the Filing of an Action Regarding Patent or Trademark, Notice of Electronic Filing, Notice of Assignment of Case to A United States Magistrate Judge for A Trial, Blank Consent or Declination to Magistrate Judge Jurisdiction, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction, Standing Order for All Judges of the Northern District of California Contents of Joints Case Management Statement, Standing Order for Magistrate Judge Lisa J. Cisneros, Standing Order for Civil Pretrial Conference for Magistrate Judge Lisa J. Cisneros, Trial Exhibit List ffor Magistrate Judge Lisa J. Cisneros, ECF Registration Information

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

FACE CO., LLC, a Michigan limited liability company
Holly Cutler - Person Authorized to Accept Service of Process
31350 Telegraph Rd
Bingham Farms, Michigan 48025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/6/2024
Sandra Alcala

(TYPE OR PRINT NAME)

*(Signature)* Sandra Alcala

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.