**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Kelly Mulcahy (Bar No. 305472)
548 Market Street, #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
kelly@kr.law

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICIOUS BRANDS, INC. dba SAINTS & SINNERS HAIRCARE**, a Nevada corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>**HOLLY CUTLER**, an individual, **THE SKIN SAINT, LLC**, a Michigan limited liability company, **FACE CO., LLC**, a Michigan limited liability company,<br><br>        Defendants. | Case No. 3:24-cv-04996-LJC<br><br>**DELCARATION OF KARL S. KRONENBERGER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**<br><br>Date:    November 12, 2024<br>Time:    10:30 a.m.<br>Ct:      Courtroom G<br>Judge:   Hon. Lisa J. Cisneros |

**DECL. OF K. KRONENBERGER ISO OF PLA'S OPP. TO DEFS' MTN TO DISMISS**

1    I, Karl S. Kronenberger, declare as follows:

2    1.    I am an attorney admitted to practice in the State of California and the

3    United States District Court for the Northern District of California. I am a partner at the

4    law firm of Kronenberger Rosenfeld, LLP, counsel of record for Plaintiff Vicious Brands,

5    Inc. *dba* Saints & Sinners Haircare. Unless otherwise stated, I have personal knowledge

6    of the matters stated herein, and if called to testify, could and would do so competently.

7    2.    Attached hereto as **Exhibit A** is a true and correct screenshot taken from

8    the website https://theskinsaint.com/. **Exhibit A** identifies The Skin Saint, LLC as the

9    owner of the website. My office captured **Exhibit A** using the GoFullPage browser

10   extension on Google Chrome on October 11, 2024.

11   3.    On October 31, 2022, Defendant Face Co. filed an "in-use" trademark

12   application, Serial No. 97/655,815 (the "'815 Application"), with the United States Patent

13   and Trademark Office ("USPTO") for the allegedly infringing double S mark (the

14   "Infringing Double S Mark"). A true and correct copy of the trademark application for

15   federal registration of the Infringing Double S Mark, which my office downloaded from the

16   USPTO's website on October 10, 2024, is attached hereto as **Exhibit B**.

17   4.    On January 24, 2023, Face Co. purported to assign all of its rights, title and

18   interest in the Infringing Double S Mark and the '815 Application to Defendant Holly

19   Cutler. A true and correct copy of the Trademark Assignment Cover Sheet and

20   Trademark Assignment Agreement, which my office downloaded from the USPTO's

21   website on October 10, 2024, is attached hereto as **Exhibit C**.

22   5.    On September 19, 2023, the '815 Application was published for opposition

23   in the *Official Gazette*. A true and correct copy of the Official USPTO Notice of

24   Publication, which my office downloaded from the USPTO's website on October 10,

25   2024, is attached hereto as **Exhibit D**.

26   6.    On January 17, 2024, Saints & Sinners initiated an opposition proceeding

27   against the '815 Application with the Trademark Trial and Appeal Board, alleging

28   likelihood of confusion with Plaintiff's SS Mark.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    7.    As part of the opposition proceeding, Defendant Holly Cutler was deposed

2    on July 26, 2024.

3    8.    On July 31, 2024, Defendant Holly Cutler purported to assign all of her

4    rights, title, and interest in the Infringing Double S Mark and the '815 Application to

5    Defendant The Skin Saint, LLC. This purported assignment was filed and recorded with

6    the USPTO on August 7, 2024. A true and correct copy of the Trademark Assignment

7    Cover Sheet and Trademark Assignment Agreement, which my office downloaded from

8    the USPTO's website on October 11, 2024, is attached hereto as **Exhibit E.**

9    9.    The    websites    located    at    https://theskinsaint.com/    and

10   https://www.facebeautyscience.com/ are fully interactive. These websites are generally

11   available to consumers in California, and they prominently display the Infringing Double S

12   Mark. Attached hereto as **Exhibit F** are true and correct screenshots taken from both

13   websites in California, which my office took using the GoFullPage browser extension on

14   Google Chrome on October 10, 2024.

15   10.    On March 8, 2024, my office visited the website located at

16   https://www.facebeautyscience.com/ and sought to make a purchase; my office was then

17   redirected to https://theskinsaint.com/ and completed a test purchase for delivery in

18   California. On March 15, 2024, my office received delivery of that product in California.

19   Thus,    through    the    websites    located    at    https://theskinsaint.com/    and

20   https://www.facebeautyscience.com/, customers in California can purchase products

21   bearing the Infringing Double S Mark for delivery in California.

22   11.    A true and correct copy of Table C-5 – U.S. District Courts – Civil Statistical

23   Tables for the Federal Judiciary, which my office downloaded on October 7, 2024 is

24   attached hereto as **Exhibit G**, and was downloaded from the following URL:

25   •   https://www.uscourts.gov/statistics-reports/caseload-statistics-data-tables

26   I declare under penalty of perjury under the laws of the United States of America

27   that the foregoing is true and correct that this declaration was executed on October 11,

28   2024 in San Francisco, California.

1

2          By:  s/ Karl S. Kronenberger
                    Karl S. Kronenberger
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

Exhibit A

https://theskinsaint.com/pages/terms-and-conditions-for-the-skin-saint-llc                                    October 11, 2024 at 12:59 PM PDT

Beyond Surface Beauty.                                                                                              ✕

§ SKIN SAINT

Sign In  /  Register    🔍    🛍 **2**

• SKIN QUIZ      ABOUT US      PRODUCTS      TOOLS      CONTACT US      CONSULTING

# Terms and Conditions for The Skin Saint, LLC

Home  /  Terms and Conditions for The Skin Saint, LLC

**Terms and Conditions for The Skin Saint, LLC**

**1. Introduction**

- Welcome to The Skin Saint, LLC ("Company", "we", "our", "us").
- These Terms and Conditions govern your use of our website located at https://theskinsaint.com/ (hereinafter referred to as "Website") and our services provided therein.
- By accessing our Website, you agree to these Terms and Conditions in full. Do not continue to use The Skin Saint if you do not agree to all of the terms and conditions stated on this page.

**2. Intellectual Property Rights**

- The Skin Saint, LLC and/or its licensors own all the intellectual property rights and materials contained in this Website.
- You are granted a limited license only for purposes of viewing the material contained on this Website.

**3. Restrictions**

- You are specifically restricted from: publishing any Website material in any media; selling, sublicensing, and/or commercializing any Website material; publicly performing or displaying any Website material; using this Website in any way that is or may be damaging to this Website; and using this Website in any way that impacts user access to this Website.
- Certain areas of this Website are restricted from access by you and The Skin Saint, LLC may further restrict access by you to any areas of this Website, at any time, in its sole and absolute discretion.

**4. Your Content**

- In these Website Standard Terms and Conditions, "Your Content" shall mean any audio, video, text, images, or other material you choose to display on this Website.
- Your Content must be your own and must not be infringing on any third party's rights. The Skin Saint, LLC reserves the right to remove any of Your Content from this Website at any time, and for any reason, without notice.

**5. No warranties**

- This Website is provided "as is," with all faults, and The Skin Saint, LLC makes no express or implied representations or warranties, of any kind related to this Website or the materials contained on this Website.

**6. Limitation of liability**

- In no event shall The Skin Saint, LLC, nor any of its officers, directors, and employees, be liable to you for anything arising out of or in any way connected with your use of this Website, whether such liability is under contract, tort, or otherwise.

**7. Indemnification**

- You hereby indemnify to the fullest extent The Skin Saint, LLC from and against any and/or all liabilities, costs, demands, causes of action, damages, and expenses arising in any way related to your breach of any of the provisions of these Terms and Conditions.

**8. Severability**

- If any provision of these Terms is found to be invalid under any applicable law, such provisions shall be deleted without affecting the remaining provisions herein.

**9. Variation of Terms**

- The Skin Saint, LLC is permitted to revise these Terms at any time as it sees fit, and by using this Website, you are expected to review such Terms on a regular basis.

**10. Assignment**

- The Skin Saint, LLC is allowed to assign, transfer, and subcontract its rights and/or obligations under these Terms without any notification or consent required. However, you shall not be permitted to assign, transfer, or subcontract any of your rights and/or obligations under these Terms.

**11. Entire Agreement**

- These Terms, including any legal notices and disclaimers contained on this Website, constitute the entire agreement between The Skin Saint, LLC and you in relation to your use of this Website, superseding all prior agreements and understandings.

**12. Governing Law & Jurisdiction**

- These Terms will be governed by and interpreted in accordance with the laws of the State of Michigan, and you submit to the non-exclusive jurisdiction of the state and federal courts located in Michigan for the resolution of any disputes.

**Shipping Policy**

- General Information: All orders are subject to product availability. If an item is not in stock at the time you place your order, we will notify you and refund the total amount of your order, using the original method of payment.
- Delivery Location: Items offered on our website are only available for delivery to addresses in United States of America. Any shipments outside of United States of America are not available at this time.

- Delivery Time: An estimated delivery time will be provided once your order is placed. Delivery times are estimates and commence from the date of shipping, rather than the date of order.
- Shipping Costs: Shipping costs are based on the weight of your order and the delivery method. To find out how much your order will cost, simply add the items you would like to purchase to your cart, and proceed to the checkout page.

**Returns and Refunds Policy**

- Return Policy: We accept returns. You can return unopened items in the original packaging within 30 days of your purchase with receipt or proof of purchase. If 30 days or more have passed since your purchase, we cannot offer you a refund or an exchange.
- Refunds: We have many products to suit your need. If you are not happy for any reason, simply return any product within 30 days for a store credit. There are no refunds. Be sure to include receipt, email, and reason for return.
- Exceptions: Some items are non-refundable and non-exchangeable.

**Dispute Resolution**

- Negotiation: In the event of any dispute, claim, question, or disagreement arising from or relating to these Terms and Conditions or the breach thereof, the parties hereto shall use their best efforts to settle the dispute.
- Mediation and Arbitration: If a dispute cannot be settled through negotiation, the parties agree first to try in good faith to settle the dispute by mediation before resorting to arbitration, litigation, or some other dispute resolution procedure.

**Data Privacy and GDPR Compliance**

- Personal Information Collection and Use: We collect various types of personal information for various purposes to provide and improve our service to you.
- Rights of Data Subjects: If you are a resident of the European Economic Area (EEA), you have certain data protection rights. These include the right to access, correct, update, or request deletion of your personal information.
- CCPA Compliance: If you are a resident of California, you have the right to access the personal information we hold about you, and to ask that your personal information be corrected, updated, or deleted.

 **SKIN SAINT**

RESET YOUR SKIN
Medical Grade
Expert Guided
Results Driven

31350 Telegraph Rd. Suite 102
Bingham Farms, MI

Call or Text: (248) 663-0161
E-mail: orders@theskinsaint.com

**SKIN CONDITION**

Acne

Pigment

Aging

Redness

Dry

Combination

Oily

Sensitive

Eyes/Lips

Terms and Conditions
for The Skin Saint, LLC

**SHOP BY CATEGORY**

Kits

Cleansers

Creams

Exfoliants/Specialty

Serums

Tonics/Pads

SPF

View All

**MEDICAL KITS**

Acne

Anti-Aging

Balancing

Lightening/Pigment

Sensitive/Redness

**RESOURCES**

PRESS

Privacy Policy

Terms & Conditions

© 2024, **The Skin Saint**. Powered by Shopify

   

Exhibit B

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 97655815**
**Filing Date: 10/31/2022**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\976\558\97655815\xml1 \ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | SS |
| ***COLOR MARK** | NO |
| ***COLOR(S) CLAIMED**<br>(If applicable) | |
| ***DESCRIPTION OF THE MARK**<br>(and Color Location, if applicable) | The mark consists of Stylized 'SS' connected vertically. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 572 x 304 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | FACE CO. |
| ***MAILING ADDRESS** | 31350 Telegraph Rd., Suite 102 |
| ***CITY** | Bingham Farms |
| ***STATE**<br>(Required for U.S. applicants) | Michigan |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE**<br>(Required for U.S. and certain international addresses) | 48025 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | LIMITED LIABILITY COMPANY |
| ***STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Michigan |

| WHERE LEGALLY ORGANIZED | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | Anti-aging cleanser |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/00/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/00/2017 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\976\558\97655815\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\976\558\97655815\xml1 \ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\976\558\97655815\xml1 \ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\976\558\97655815\xml1 \ FTK0006.JPG |
| SPECIMEN DESCRIPTION | Screenshots of website showing use of mark in commerce. |
| WEBPAGE URL | https://theskinsaint.com/collections/new/products/clarity-3-in-1-moisturizer-1 |
| WEBPAGE DATE OF ACCESS | 10/31/2022 |
| WEBPAGE URL | https://theskinsaint.com/collections/austin-creams-new |
| WEBPAGE DATE OF ACCESS | 10/31/2022 |
| WEBPAGE URL | https://theskinsaint.com/ |
| WEBPAGE DATE OF ACCESS | 10/31/2022 |
| WEBPAGE URL | https://theskinsaint.com/collections/austin-creams-new/products/miracle-marine-cream |
| WEBPAGE DATE OF ACCESS | 10/31/2022 |
| *INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | Anti-aging moisturizer; Anti-aging toner; Anti-aging creams; Non-medicated anti-aging serum; Non-medicated cleansers, namely, **skin cleansers, facial cleansers, skin toner, skin exfoliant, skin creams, skin serums**; Non-medicated skin care preparations; Skin cleansers; Wrinkle removing skin care preparations |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/00/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/00/2017 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\976\558\97655815\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\976\558\97655815\xml1 \ FTK0004.JPG |
| SPECIMEN DESCRIPTION | Screenshots of website showing use of mark in commerce. |
| WEBPAGE URL | https://theskinsaint.com/collections/new/products/clarity-3-in-1-moisturizer-1 |

| | |
|---|---|
| **WEBPAGE DATE OF ACCESS** | 10/31/2022 |
| **WEBPAGE URL** | https://theskinsaint.com/collections/austin-creams-new |
| **WEBPAGE DATE OF ACCESS** | 10/31/2022 |
| **WEBPAGE URL** | https://theskinsaint.com/ |
| **WEBPAGE DATE OF ACCESS** | 10/31/2022 |
| **WEBPAGE URL** | https://theskinsaint.com/collections/austin-creams-new/products/miracle-marine-cream |
| **WEBPAGE DATE OF ACCESS** | 10/31/2022 |
| **\*INTERNATIONAL CLASS** | 005 |
| **\*IDENTIFICATION** | Acne medications; Acne treatment preparations; Medicated moisturizers; Medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; Medicated skin preparation for use in treating **pigmentation**; Medicated **anti-aging** moisturizers |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/00/2017 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/00/2017 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\976\558\97655815\xml1 \ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\976\558\97655815\xml1 \ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\976\558\97655815\xml1 \ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\976\558\97655815\xml1 \ FTK0010.JPG |
| **SPECIMEN DESCRIPTION** | Screenshots of website showing use of mark in commerce. |
| **WEBPAGE URL** | https://theskinsaint.com/collections/austin-creams-new/products/miracle-marine-cream |
| **WEBPAGE DATE OF ACCESS** | 10/31/2022 |
| **WEBPAGE URL** | https://theskinsaint.com/collections/new |
| **WEBPAGE DATE OF ACCESS** | 10/31/2022 |
| **WEBPAGE URL** | https://theskinsaint.com/collections/austin-creams-new/products/clarity-3-in-1-moisturizer-1 |
| **WEBPAGE DATE OF ACCESS** | 10/31/2022 |
| **WEBPAGE URL** | https://theskinsaint.com/ |
| **WEBPAGE DATE OF ACCESS** | 10/31/2022 |
| **\*INTERNATIONAL CLASS** | 044 |
| **\*IDENTIFICATION** | Beauty consultation services; Beauty consultation services in the selection and use of cosmetics, fragrances, beauty aids, personal care products, and bath, body and beauty products; Consulting services in the field of health; Consulting services in the field of healthcare; Cosmetic skin care services; Laser skin rejuvenation services; Medical skin care services; Providing medical information, consultancy and advisory |

| | |
|---|---|
| | services; Skin care salons; Wellness and health-related consulting services |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/00/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/00/2017 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\976\558\97655815\xml1 \ FTK0011.JPG |
| SPECIMEN DESCRIPTION | Screenshot of website showing use of mark in commerce. |
| WEBPAGE URL | https://www.facebeautyscience.com/the-skin-saint |
| WEBPAGE DATE OF ACCESS | 10/31/2022 |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Michael Bartholomew |
| ATTORNEY DOCKET NUMBER | 4192.3.40 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Kunzler Bean & Adamson |
| STREET | 50 W. Broadway 10th Floor |
| CITY | Salt Lake City |
| STATE | Utah |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 84101 |
| PHONE | 801-994-4646 |
| EMAIL ADDRESS | mbartholomew@kba.law |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Michael Bartholomew |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | mbartholomew@kba.law |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | docket@kba.law |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |

| | |
|---|---|
| **NUMBER OF CLASSES** | 3 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| **\*TOTAL FEES DUE** | 750 |
| **\*TOTAL FEES PAID** | 750 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /Michael Bartholomew/ |
| **\* SIGNATORY'S NAME** | Michael Bartholomew |
| **\* SIGNATORY'S POSITION** | Attorney of record, Texas Bar member |
| **SIGNATORY'S PHONE NUMBER** | 801-994-4646 |
| **\* DATE SIGNED** | 10/31/2022 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 97655815**
**Filing Date: 10/31/2022**

## To the Commissioner for Trademarks:

**MARK:** SS (stylized and/or with design, see mark)
The literal element of the mark consists of SS. The mark consists of Stylized 'SS' connected vertically.
The applicant, FACE CO., a limited liability company legally organized under the laws of Michigan, having an address of
    31350 Telegraph Rd., Suite 102
    Bingham Farms, Michigan 48025
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 003:  Anti-aging cleanser; Anti-aging moisturizer; Anti-aging toner; Anti-aging creams; Non-medicated anti-aging serum; Non-medicated cleansers, namely, skin cleansers, facial cleansers, skin toner, skin exfoliant, skin creams, skin serums; Non-medicated skin care preparations; Skin cleansers; Wrinkle removing skin care preparations

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 003, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/00/2017, and first used in commerce at least as early as 02/00/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshots of website showing use of mark in commerce..
Specimen File1
Specimen File2
Specimen File3
Specimen File4

Webpage URL: https://theskinsaint.com/collections/new/products/clarity-3-in-1-moisturizer-1
Webpage Date of Access: 10/31/2022
Webpage URL: https://theskinsaint.com/collections/austin-creams-new
Webpage Date of Access: 10/31/2022
Webpage URL: https://theskinsaint.com/
Webpage Date of Access: 10/31/2022
Webpage URL: https://theskinsaint.com/collections/austin-creams-new/products/miracle-marine-cream
Webpage Date of Access: 10/31/2022

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 005:  Acne medications; Acne treatment preparations; Medicated moisturizers; Medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; Medicated skin preparation for use in treating pigmentation; Medicated anti-aging moisturizers

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/00/2017, and first used in commerce at least as early as 02/00/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshots of website showing use of mark in commerce..

Specimen File1
Specimen File2
Specimen File3
Specimen File4

Webpage URL: https://theskinsaint.com/collections/austin-creams-new/products/miracle-marine-cream
Webpage Date of Access: 10/31/2022
Webpage URL: https://theskinsaint.com/collections/new
Webpage Date of Access: 10/31/2022
Webpage URL: https://theskinsaint.com/collections/austin-creams-new/products/clarity-3-in-1-moisturizer-1
Webpage Date of Access: 10/31/2022
Webpage URL: https://theskinsaint.com/
Webpage Date of Access: 10/31/2022

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 044:  Beauty consultation services; Beauty consultation services in the selection and use of cosmetics, fragrances, beauty aids, personal care products, and bath, body and beauty products; Consulting services in the field of health; Consulting services in the field of healthcare; Cosmetic skin care services; Laser skin rejuvenation services; Medical skin care services; Providing medical information, consultancy and advisory services; Skin care salons; Wellness and health-related consulting services

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 044, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/00/2017, and first used in commerce at least as early as 02/00/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshot of website showing use of mark in commerce..

Specimen File1

Webpage URL: https://www.facebeautyscience.com/the-skin-saint
Webpage Date of Access: 10/31/2022

The owner's/holder's proposed attorney information: Michael Bartholomew. Michael Bartholomew of Kunzler Bean & Adamson, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    50 W. Broadway 10th Floor
    Salt Lake City, Utah 84101
    United States
    801-994-4646(phone)
    mbartholomew@kba.law
The docket/reference number is 4192.3.40.
Michael Bartholomew submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Michael Bartholomew
    PRIMARY EMAIL FOR CORRESPONDENCE: mbartholomew@kba.law
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): docket@kba.law

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and

the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $750 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Michael Bartholomew/   Date: 10/31/2022
Signatory's Name: Michael Bartholomew
Signatory's Position: Attorney of record, Texas Bar member
Signatory's Phone Number: 801-994-4646
Signature method: Signed directly within the form
Payment Sale Number: 97655815
Payment Accounting Date: 10/31/2022

Serial Number: 97655815
Internet Transmission Date: Mon Oct 31 17:25:07 ET 2022
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.X-20221031172508875
382-97655815-8208361e7ebcb4cc3ba23c35adb
e87170bb8b5cc1bafcd51c846cd5ec2fe4fe3-CC
-25072291-20221031172038903199







The Purifying Hydrator:

Home / New Products / Clarity 3-in-1 Moisturizer

## The Purifying Hydrator:
## Clarity 3-in-1 Moisturizer

A lightweight, oil-free moisturizer effectively hydrates blemish-prone, oily, and combination skin without leaving the skin feeling greasy or adding extra shine. Super antioxidants, Green Tea and Acai, protect the skin against free radicals and sun damage, damaging the skin's natural moisture barrier. Niacinamide works to visibly improve enlarged pores, uneven skin tone, and dullness within the skin. With three ceramides present, the moisturizer effectively hydrates, replenishes, and restores the skin. All of the ingredients in this unique formulation address dehydrated skin without feeling heavy, greasy, or clogging the pores revealing radiant skin and healthy-looking skin.

$45.00

1

ADD TO CART     BUY IT NOW











The Purifying Hydrator:

Home / New Products / Clarity 3-in-1 Moisturizer

## The Purifying Hydrator:
### Clarity 3-in-1 Moisturizer

A lightweight, oil-free moisturizer effectively hydrates blemish-prone, oily, and combination skin without leaving the skin feeling greasy or adding extra shine. Super antioxidants, Green Tea and Acai, protect the skin against free radicals and sun damage, damaging the skin's natural moisture barrier. Niacinamide works to visibly improve enlarged pores, uneven skin tone, and dullness within the skin. With three ceramides present, the moisturizer effectively hydrates, replenishes, and restores the skin. All of the ingredients in this unique formulation address dehydrated skin without feeling heavy, greasy, or clogging the pores revealing radiant skin and healthy-looking skin.

$45.00

| 1 | ADD TO CART | BUY IT NOW |

ADD TO WISHLIST



• SKIN QUIZ    ABOUT US    SHOP    CONTACT US

The Wonder Cream:
Home / CREAMS /    Marine Miracle Cream

# The Wonder Cream:

## Marine Miracle Cream

Firming and Brightening Moisturizer Antioxidant moisturizer combining the strongest antioxidant. Lipochroman® to help reverse and prevent visible aging changes. Peptides and brighteners visibly improve appearance of lines, wrinkles, and age spots.

$125.00

| 1 | ADD TO CART | BUY IT NOW |

⊞ COMPARE      ♡ ADD TO WISHLIST

Share:    f    ⊻

★★★★⯪ 9 Reviews



Exhibit C

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                          ETAS ID: TM782348
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| FACE CO. | | 01/24/2023 | Limited Liability Company: MICHIGAN |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Holly Cutler |
| Street Address: | 1026 Canterbury St |
| City: | Birmingham |
| State/Country: | MICHIGAN |
| Postal Code: | 48009 |
| Entity Type: | INDIVIDUAL: UNITED STATES |

### PROPERTY NUMBERS Total: 5

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87407348 | THE SKIN SAINT |
| Serial Number: | 90501682 | SKIN SAINT |
| Serial Number: | 87612499 | SKIN BLUEPRINT |
| Serial Number: | 97655815 | SS |
| Serial Number: | 85038192 | SKIN CHECKUP |

### CORRESPONDENCE DATA

**Fax Number:**
***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***
**Phone:**                8019944646
**Email:**                mbartholomew@kba.law
**Correspondent Name:**   Michael Bartholomew
**Address Line 1:**       50 W. Broadway 10th Floor
**Address Line 4:**       Salt Lake City, UTAH 84101

| NAME OF SUBMITTER: | Mary Keshishian |
|---|---|
| SIGNATURE: | /Mary Keshishian/ |
| DATE SIGNED: | 01/24/2023 |

**Total Attachments: 3**
source=4192 - exeTrademark Assignment_Holly - 01-24-2023#page1.tif

*(right margin, vertical text: OP $140.00 87407348)*

source=4192 - exeTrademark Assignment_Holly - 01-24-2023#page2.tif
source=4192 - exeTrademark Assignment_Holly - 01-24-2023#page3.tif

# TRADEMARK ASSIGNMENT

This TRADEMARK ASSIGNMENT (this "**Assignment**") is made and entered into as of the 24th day of January, 2023, by and between FACE CO., a Michigan Limited Liability Company ("**Assignor**"), as assignor, having an address at 31350 Telegraph Rd., Suite 102, Bingham Farms, Michigan 48025, and HOLLY CUTLER, an individual ("**Assignee**"), as assignee, having an address at 1026 Canterbury St, Birmingham, Michigan 48009. Assignee and Assignor are sometimes collectively referred to herein as the "**Parties**" and separately as a "**Party**."

WHEREAS, Assignor and Assignee have entered into an Agreement, dated as the above listed date, by and among Assignor and Assignee (together with any exhibits and schedules thereto, and as amended from time to time, the "**Agreement**"), pursuant to which Assignee is acquiring the Transferred Marks described herein;

WHEREAS, Assignor is the owner of the following trademarks: THE SKIN SAINT having US serial number 87407348; SKIN SAINT having US serial number 90501682; SKIN BLUEPRINT having US serial number 87612499; SS having US serial number 97655815; and, SKIN CHECKUP having US serial number 85038192; hereto (the "**Transferred Marks**"); and

WHEREAS, pursuant to the Agreement, Assignor has agreed to assign to Assignee all of Assignor's right, title and interest in and to the Transferred Marks, pursuant to and subject to the terms and conditions of this Assignment and the Agreement.

NOW, THEREFORE, in consideration of the mutual covenants, agreements and stipulations set forth herein and in the Agreement, the receipt and legal sufficiency of which are hereby mutually acknowledged, Assignor and Assignee hereby agree as follows:

1. Assignor hereby sells, assigns, transfers, delivers, and conveys to Assignee (and its successors and assigns) all of Assignor's right, title and interest in and to the Transferred Marks, together with (a) the goodwill associated therewith or symbolized thereby and (b) all claims for all rights to sue at law or in equity for all claims arising out of or related to any past, present or future infringement, misappropriation or violation thereof.

2. Assignor further authorizes Assignee, the Commissioner for Trademarks of the United States of America and the authorized persons of other foreign government offices to record this Assignment and thereby vest record ownership of the Transferred Marks in the name of Assignee.

3. Upon request of Assignee, Assignor will cooperate with Assignee in executing and/or filing documents.

4. Assignor shall execute, deliver and acknowledge such assignments and other documents and take all such other actions as Assignee may reasonably request to memorialize or perfect the assignment and transfer of the Transferred Marks and other assets and rights assigned and transferred to Assignee pursuant to Section 1 of this Assignment and shall bear all fees, costs and expenses incurred in connection with the execution and delivery of any such assignments or other documents, or the performance of any such actions.

5. All of the terms and provisions of this Assignment shall be binding upon Assignor and its permitted successors and assigns and shall inure to the benefit of Assignee and its permitted successors and assigns.

6. This Assignment is executed for the purpose of evidencing and confirming the transfer of the Transferred Marks from Assignor to Assignee.

7. Nothing in this Assignment, express or implied, is intended to confer upon any third party (other than a permitted successor or assign under the Asset Purchase Agreement) any rights, remedies, obligations or liabilities.

8. The Parties may execute this Assignment in one or more counterparts, each of which will be deemed an original and all of which, when taken together, will be deemed to constitute one and the same agreement. Any signature page hereto delivered by facsimile machine or by e-mail (including in portable document format (pdf), as a joint photographic expert's group (jpg) file, or otherwise) shall be binding to the same extent as an original signature page, with regard to any agreement subject to the terms hereof or any amendment thereto and may be used in lieu of the original signatures for all purposes.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the Parties hereto have caused this Assignment to be Executed by their duly authorized representatives as of the date first written above.

**FACE CO.**

By: _M. H. Cutler_

Name: ~~M.H~~ M.H. Cutler

Title: owner

**HOLLY CUTLER**

By: _Holly Cutler_

Name: Holly Cutler

Title: owner

**TRADEMARK**
**REEL: 007951 FRAME: 0602**

**RECORDED: 01/24/2023**

Exhibit D

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

## OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 97655815
**Mark:** SS
**International Class(es):** 003, 005, 044
**Owner:** CUTLER, HOLLY
**Docket/Reference No.** 4192.3.40

**Issue Date:** August 30, 2023

**Your mark is scheduled to publish in the** *Trademark Official Gazette* (TMOG) **on September 19, 2023**.

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

**Email Address(es):**

mbartholomew@kba.law
docket@kba.law

Exhibit E

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: TMI414821

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Holly Cutler | | 07/31/2024 | INDIVIDUAL: UNITED STATES |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Company Name: | The Skin Saint, LLC |
| Street Address: | 31350 Telegraph Rd., Suite 102 |
| City: | Bingham Farms |
| State/Country: | MICHIGAN |
| Postal Code: | 48025 |
| Entity Type: | Limited Liability Company: MICHIGAN |

**PROPERTY NUMBERS Total: 4**

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87407348 | THE SKIN SAINT |
| Serial Number: | 87612499 | SKIN BLUEPRINT |
| Serial Number: | 97655815 | SS |
| Serial Number: | 85038192 | SKIN CHECKUP |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 8019944646 |
| Email: | mbartholomew@kba.law |
| Correspondent Name: | Michael Bartholomew |
| Address Line 1: | 50 West Broadway, 10th Floor |
| Address Line 4: | Salt Lake City, UTAH 84101 |

| ATTORNEY DOCKET NUMBER: | 4192.1.1 |
|---|---|
| NAME OF SUBMITTER: | KATERINE-ALII GORMLEY |
| SIGNATURE: | KATERINE-ALII GORMLEY |
| DATE SIGNED: | 08/07/2024 |

**Total Attachments: 3**
source=new doc 2024-08-01 12.04.44#page1.tiff

OP $115.00.00  87407348

source=new doc 2024-08-01 12.04.44#page2.tiff

source=new doc 2024-08-01 12.04.44#page3.tiff

TRADEMARK
REEL: 008539 FRAME: 0797

# TRADEMARK ASSIGNMENT

This TRADEMARK ASSIGNMENT (this "**Assignment**") is made and entered into as of the 31st day of July, 2024, by and between HOLLY CUTLER, an individual ("**Assignor**"), as assignor, having an address at 1026 Canterbury St, Birmingham, Michigan 48009, and The Skin Saint, LLC, a limited liability company ("**Assignee**"), as assignee, having an address at 31350 Telegraph Rd., Suite 102, Bingham Farms, Michigan 48025. Assignee and Assignor are sometimes collectively referred to herein as the "**Parties**" and separately as a "**Party**."

WHEREAS, Assignor and Assignee have entered into an Agreement, dated as the above listed date, by and among Assignor and Assignee (together with any exhibits and schedules thereto, and as amended from time to time, the "**Agreement**"), pursuant to which Assignee is acquiring the Transferred Marks described herein;

WHEREAS, Assignor is the owner of the following trademarks: THE SKIN SAINT having US serial number 87407348; SKIN SAINT having US serial number 90501682; SKIN BLUEPRINT having US serial number 87612499; SS having US serial number 97655815; and, SKIN CHECKUP having US serial number 85038192; hereto (the "**Transferred Marks**"); and

WHEREAS, pursuant to the Agreement, Assignor has agreed to assign to Assignee all of Assignor's right, title and interest in and to the Transferred Marks, pursuant to and subject to the terms and conditions of this Assignment and the Agreement.

NOW, THEREFORE, in consideration of the mutual covenants, agreements and stipulations set forth herein and in the Agreement, the receipt and legal sufficiency of which are hereby mutually acknowledged, Assignor and Assignee hereby agree as follows:

1. Assignor hereby sells, assigns, transfers, delivers, and conveys to Assignee (and its successors and assigns) all of Assignor's right, title and interest in and to the Transferred Marks, together with (a) the goodwill associated therewith or symbolized thereby and (b) all claims for all rights to sue at law or in equity for all claims arising out of or related to any past, present or future infringement, misappropriation or violation thereof.

2. Assignor further authorizes Assignee, the Commissioner for Trademarks of the United States of America and the authorized persons of other foreign government offices to record this Assignment and thereby vest record ownership of the Transferred Marks in the name of Assignee.

3. Upon request of Assignee, Assignor will cooperate with Assignee in executing and/or filing documents.

4. Assignor shall execute, deliver and acknowledge such assignments and other documents and take all such other actions as Assignee may reasonably request to memorialize or perfect the assignment and transfer of the Transferred Marks and other assets and rights assigned and transferred to Assignee pursuant to Section 1 of this Assignment and shall bear all fees, costs and expenses incurred in connection with the execution and delivery of any such assignments or other documents, or the performance of any such actions.

5. All of the terms and provisions of this Assignment shall be binding upon Assignor and its permitted successors and assigns and shall inure to the benefit of Assignee and its permitted successors and assigns.

6. This Assignment is executed for the purpose of evidencing and confirming the transfer of the Transferred Marks from Assignor to Assignee.

7. Nothing in this Assignment, express or implied, is intended to confer upon any third party (other than a permitted successor or assign under the Asset Purchase Agreement) any rights, remedies, obligations or liabilities.

8. The Parties may execute this Assignment in one or more counterparts, each of which will be deemed an original and all of which, when taken together, will be deemed to constitute one and the same agreement. Any signature page hereto delivered by facsimile machine or by e-mail (including in portable document format (pdf), as a joint photographic expert's group (jpg) file, or otherwise) shall be binding to the same extent as an original signature page, with regard to any agreement subject to the terms hereof or any amendment thereto and may be used in lieu of the original signatures for all purposes.

[SIGNATURE PAGE FOLLOWS]

**TRADEMARK**
**REEL: 008539 FRAME: 0799**

IN WITNESS WHEREOF, the Parties hereto have caused this Assignment to be Executed by their duly authorized representatives as of the date first written above.

**HOLLY CUTLER**

By: _____

Name: Mellissa Holly Cutler

Title: Owner

**THE SKIN SAINT, LLC**

By: _____

Name: ~~Cutler~~ Mellissa Holly Cutler

Title: Owner

Exhibit F

https://theskinsaint.com/

October 10, 2024 at 5:24 PM PDT

Beyond Surface Beauty. ✕



SKIN SAINT

Sign In  /  Register

• SKIN QUIZ     ABOUT US     PRODUCTS     TOOLS     CONTACT US     CONSULTING



JUST LAUNCHED!

# C-NOX SERUM

Immediate Botox-Like Effect To The Skin.

SHOP NOW

---

allure   NEWBEAUTY   Women'sHealth   Corp!   DERMSTORE   BRIDAL GUIDE   dermascope   BRIT+CO

---



HOLLY CUTLER, THE SKIN SAINT

## Our Story

Holly Cutler, also known as America's Skin Saint™, rebuilt her own skin disfigured from cystic acne, and has since created her multi award-winning skin clinic, FACE, known as "one of the most advanced Medspa's in the country", according to Forbes. Holly has appeared on FOX, CBS, NBC, ABC, The Doctors Show, and regularly in several national publications as a featured expert. She launched The Skin Saint™, to help women have expert guided skincare regimens and protocols, instead of being sold skincare by beauty counters and non experts, or having to guess themselves what they need, usually leading to the well-known beauty graveyard.

READ THE FULL STORY

## We Create Miracles For Your Skin

Discover Our Skin Transformations






## We Eliminate the Guesswork

Finally have confidence in your skincare products!





Life can bring wear and tear to our ourselves- our mind, body, and even our skin. But we don't stand back and let ourselves falter. We reshape ourselves and our destiny. In time, we can reverse time, rebuild, and REFINE ourselves to bring about the best version possible. We dream big. We succeed. We can reset and rescue our skin.

Featuring 30+ superior, technology-based formulas, containing highly concentrated actives to improve the skin's overall health and appearance. We strive to formulate our products with a synergistic approach, meaning we utilize the highest concentrations of each ingredient safely possible to offer you a transformative result.

**GET YOUR FREE SKIN BLUEPRINT**

**LEARN MORE ABOUT OUR INGREDIENTS**

  

## Featured Products Curated For You





THE ESSENTIAL:

BETAZYME RESURFACING CLEANSER

THE 3-IN-1 MUST HAVE:

NEEDLE-FREE FILLER SERUM

THE POWER COUPLE
ANTIOXIDANT:

THE SUPERHERO:

SOS INTENSE DEFENSE SERUM



$45.00
★★★★★ 24 Reviews

★★★★½ 25 Reviews

$45.00
★★★★★ 8 Reviews

★★★★★ 11 Reviews

BAKU BEAUTY FLUID:
THE GLASS SKIN SAVIOR
From $115.00
★★★★★ 2 Reviews

PRIME PRE CLEANSING OIL
$59.00

C-NOX
$175.00



Your Skin BluePrint Starts Here

Take our quiz now and get products perfectly curated for you

TAKE SKIN QUIZ

## Customized SkinCare Kits



CLEAR SKIN INTRO KIT
$155.00
★★★★★ 2 Reviews

BRIGHT SKIN KIT
$545.00
★★★☆☆ 1 Review

REVIVE INTRO SKIN KIT
$536.00
★★★★★ 3 Reviews

REVIVE SENSITIVE SKIN KIT
$398.00
★★★★★ 1 Review

## Visit FACE, Our Award Winning Practice in Michigan

FACE is a multi award-winning integrative skin and wellness clinic for over 15 years, and the only company in Michigan to combine two rejuvenation experts including a renowned naturopathic physician with one of the country's foremost skin experts to assist beauty, health, and wellness from within.



## Get Social With Us








THE PRESERVATION CODE

THE GLOW CODE

Skin BLUEPRINT

THE CLARITY CODE

§ SKIN SAINT

RESET YOUR SKIN
Medical Grade
Expert Guided
Results Driven

31350 Telegraph Rd. Suite 102

| SKIN CONDITION | SHOP BY CATEGORY | MEDICAL KITS | RESOURCES |
|---|---|---|---|
| Acne | Kits | Acne | PRESS |
| Pigment | Cleansers | Anti-Aging | Privacy Policy |
| Aging | Creams | Balancing | Terms & Conditions |
| Redness | Exfoliants/Specialty | Lightening/Pigment | |
| Dry | Serums | Sensitive/Redness | |
| Combination | Tonics/Pads | | |

Call or Text: (248) 663-0161
E-mail: orders@theskinsaint.com

Oily

Sensitive

Eyes/Lips

Terms and Conditions for

SPF

View All

https://theskinsaint.com/products/c-nox?_pos=1&_sid=e72c33ffb&_ss=r

October 10, 2024 at 5:26 PM PDT

Beyond Surface Beauty.



Sign In  /  Register

Home  /  C-NOX



  

# C-NOX

Introducing our breakthrough medical 3-in-1 skin + muscle + wellness serum designed to provide an immediate glow, while reducing deep wrinkle depth by 20% within 24 hours. The medical strength Vitamin C has been proven to be more stable and deeper penetrating than popular past vitamin C formulations, leading to more antioxidant protection, collagen building, and anti-aging. For pigmentation challenges, melanin synthesis is reduced by 80%, while also reducing redness. For skin integrity, skin barrier function, fine lines, and wrinkles are restored, while moisture retention is increased. Beyond providing a botox-like effect to the skin from muscle-induced lines, this botanical THD ascorbate blend has been shown to improve emotional well-being while providing a holistic approach to the skin. Say goodbye to your basic beauty oils, and say hello to the future of 5th dimensional™ skincare.

**$175.00**

4 interest-free installments, or from **$15.80**/mo with **shop** Pay
Check your purchasing power

| 1 | | ADD TO CART | Buy with **shop** Pay |

⇄ COMPARE        ♡ ADD TO WISHLIST

Share:        f  𝕏

☆☆☆☆☆

|       BENEFITS       |       HIGHLIGHTS       |       DIRECTIONS       |

+ Firms elasticity and stimulates collagen

+ Gives an immediate glow as it calms sensitive skin

+ Superior form of Vitamin C that is more stable, effective, and deeper penetrating.

+ Potent, long-lasting antioxidant protection against free radicals.

+ Reduces deep wrinkle depth by 20% within 24 hours.

+ Provides an immediate botox-like effect to the skin.

+ Reduces melanin synthesis by 80% leading to brighter skin tone.

+ Superior absorption and effectiveness.

+ Locks in moisture within the skin.

+ Reduces the appearance of hyperpigmentation, fine lines and wrinkles.

+ Soothes and reduces redness and inflammation.

+ Supports healthy skin barrier function.

Powered by

☆☆☆☆☆

★ ★ ★ ★ ★

Currently, there are no reviews for this product.

☆☆☆☆☆

§ SKIN SAINT

**RESET YOUR SKIN**
Medical Grade
Expert Guided
Results Driven

31350 Telegraph Rd. Suite 102
Bingham Farms, MI

Call or Text: (248) 663-0161
E-mail: orders@theskinsaint.com

**SKIN CONDITION**
Acne
Pigment
Aging
Redness
Dry
Combination
Oily
Sensitive
Eyes/Lips

Terms and Conditions
for The Skin Saint, LLC

**SHOP BY CATEGORY**
Kits
Cleansers
Creams
Exfoliants/Specialty
Serums
Tonics/Pads
SPF
View All

**MEDICAL KITS**
Acne
Anti-Aging
Balancing
Lightening/Pigment
Sensitive/Redness

**RESOURCES**
PRESS
Privacy Policy
Terms & Conditions

  C-NOX    $175.00

ADD TO CART

https://theskinsaint.com/checkouts/cn/Z2NwLXVzLXdlc3QxOjAxSjXQUVTM0UwUjBWODJSNTZFUVlNNzFL?discount=                              October 10, 2024 at 5:28 PM PDT

**The Skin Saint**

Express checkout



Contact                                                        Log in

Email

☑ Email me with news and offers

**Delivery**

Country/Region
United States

First name                          Last name

Company (optional)

Address

Apartment, suite, etc. (optional)

City                State               ZIP code
                    California

Phone

**Shipping method**

Enter your shipping address to view available shipping methods.

**Payment**
All transactions are secure and encrypted.

● Credit card          VISA  ⬤⬤  AMEX  DISCOVER  +4

Card number

Expiration date (MM / YY)      Security code

Name on card

☑ Use shipping address as billing address

○ PayPal                                PayPal

○ shop Pay | Pay in full or in installments

**Remember me**

☐ Save my information for a faster checkout

🔒 Secure and encrypted                              shop

**Pay now**

Refund policy    Privacy policy    Terms of service



C-NOX                                                 $350.00

Discount code or gift card                           Apply

Subtotal                                             $350.00
Shipping                              Enter shipping address

**Total**                          USD  **$350.00**

https://www.facebeautyscience.com/                                                          October 10, 2024 at 5:31 PM PDT



FACE

SKINCARE · MEDICAL · WELLNESS

*"One of the most advanced med spas in the country"* -Forbes

👤 REQUEST A CONSULTATION



Modern Lift Approach to Skin Tightening & Rejuvenation



BODY



HEALTH

"Best of the Best"
Multi-Award-Winning







As seen on:    

SEE MORE



The Skin Saint Sizzle Reel

Watch later     Share

Playlist

The Skin Saint Featured on Live in the D!





- Bingham Farms, MI
- Birmingham, MI
- Bloomfield & Bloomfield Hills, MI
- Commerce, MI
- Dearborn, MI
- Farmington & Farmington Hills, MI
- Franklin, MI
- Grosse Pointe Farms, MI
- Grosse Pointe Park, MI

- Livonia, MI
- Northville, MI
- Northville Township, MI
- Novi, MI
- Rochester & Rochester Hills, MI
- Royal Oak, MI
- Troy, MI
- West Bloomfield, MI

## REQUEST A CONSULTATION

FIRST NAME

LAST NAME

BEST EMAIL ADDRESS

BEST PHONE NUMBER

PROCEDURE OF INTEREST

MESSAGE FOR THE DOCTOR

☐ Subscribe to our newsletter

☐ I am over the age of 18 and consent to receiving text messages.

SUBMIT



FACE

Now Serving Oakland County

FACE Skincare Medical Wellness is located in Bingham Farms, MI and serves patients in Bloomfield Hills, Farmington Hills, Birmingham, Franklin, Northville and throughout the Detroit metro.

Monday, Friday, Saturday: 9am – 5pm
Tuesday, Wednesday, Thursday: 9am – 7pm

(248) 663-0161

31350 Telegraph Rd., Suite 102
Bingham Farms, MI

© FACE Med Spa PC 2024 | Privacy Policy | Trademarks
Total Rating 4.8 out of 5 based on 147 reviews

MODERN LIFT
– our proprietary approach to tighter, younger and more full skin –

FACEFIT

Ask about our monthly Beauty Maintenance Membership

  

ABOUT  SERVICES  CONDITIONS  RESULTS  SPECIALS  RESOURCES  CONTACT

(248) 663-0161

Search ...

 CONTACT US

CURRENT SPECIALS

SEE MORE



**CUTLER INTEGRATIVE MEDICINE - Advanced Anti-Aging Therapies**

The Skin Saint Featured on Liv...

                  







FACE

- ABOUT
- SERVICES
- CONDITIONS
- RESULTS
- SPECIALS
- RESOURCES
  - BLOG
  - CLIENT PORTAL
  - OLD ARTICLES
  - SHOP
  - FINANCING
- CONTACT

(248) 663-0161

CONTACT US

Search ...

CURRENT SPECIALS

Revolutionize Your Skin with Modern Lift Today!







Exhibit G

**Table C-5.**

**U.S. District Courts–Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending June 30, 2024**

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | During Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| Total | 253,312 | 8.1 | 55,508 | 5.6 | 174,183 | 8.0 | 22,049 | 13.7 | 1,572 | 32.2 |
| DC | 3,258 | 5.6 | 1,073 | 4.5 | 2,160 | 6.4 | 10 | 41.0 | 15 | 44.4 |
| 1st | 6,339 | 17.7 | 1,661 | 5.1 | 3,809 | 33.2 | 803 | 19.5 | 66 | 35.5 |
| ME | 418 | 8.3 | 98 | 6.8 | 301 | 8.3 | 14 | 25.5 | 5 | - |
| MA | 2,520 | 7.2 | 1,190 | 4.4 | 608 | 4.7 | 687 | 19.2 | 35 | 36.8 |
| NH | 2,231 | 47.9 | 54 | 3.7 | 2,104 | 49.4 | 68 | 17.2 | 5 | - |
| RI | 502 | 8.0 | 255 | 9.4 | 229 | 5.9 | 7 | - | 11 | 42.3 |
| PR | 668 | 14.4 | 64 | 8.5 | 567 | 14.5 | 27 | 36.0 | 10 | 35.8 |
| 2nd | 24,485 | 6.0 | 5,543 | 2.7 | 15,637 | 6.5 | 3,136 | 14.6 | 169 | 48.1 |
| CT | 1,507 | 8.1 | 316 | 3.8 | 748 | 6.1 | 425 | 16.1 | 18 | 44.4 |
| NY,N | 1,340 | 7.6 | 319 | 3.8 | 760 | 7.8 | 250 | 17.9 | 11 | 47.9 |
| NY,E | 7,914 | 5.6 | 2,007 | 2.5 | 5,070 | 6.3 | 786 | 14.0 | 51 | 61.6 |
| NY,S | 10,927 | 6.3 | 1,946 | 3.1 | 7,298 | 6.1 | 1,603 | 13.8 | 80 | 40.9 |
| NY,W | 1,741 | 8.6 | 117 | 4.9 | 1,552 | 8.4 | 65 | 26.6 | 7 | - |
| VT | 1,056 | 2.4 | 838 | 2.3 | 209 | 5.7 | 7 | - | 2 | - |
| 3rd | 18,155 | 6.2 | 4,156 | 3.0 | 9,729 | 5.0 | 4,124 | 12.4 | 146 | 33.8 |
| DE | 1,382 | 8.4 | 346 | 2.1 | 895 | 10.3 | 100 | 18.3 | 41 | 44.1 |
| NJ | 7,038 | 7.1 | 317 | 2.4 | 4,357 | 4.2 | 2,330 | 14.0 | 34 | 56.2 |
| PA,E | 6,210 | 4.3 | 2,270 | 2.7 | 2,911 | 3.6 | 980 | 10.4 | 49 | 22.9 |
| PA,M | 1,502 | 9.1 | 663 | 7.2 | 811 | 9.9 | 20 | 35.0 | 8 | - |
| PA,W | 1,905 | 6.2 | 499 | 3.0 | 740 | 6.0 | 652 | 9.2 | 14 | 30.6 |
| VI | 118 | 16.7 | 61 | 16.1 | 15 | 17.3 | 42 | 14.1 | 0 | - |
| 4th | 12,430 | 7.4 | 2,478 | 5.3 | 8,242 | 6.8 | 1,617 | 15.9 | 93 | 27.6 |
| MD | 3,374 | 8.5 | 118 | 7.9 | 2,376 | 6.0 | 854 | 30.8 | 26 | 36.4 |
| NC,E | 1,088 | 7.4 | 526 | 5.9 | 552 | 8.7 | 8 | - | 2 | - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NC,M | 662 | 7.7 | 447 | 6.7 | 206 | 10.1 | 4 | - | 5 | - |
| NC,W | 1,141 | 5.6 | 216 | 3.0 | 631 | 4.9 | 283 | 12.8 | 11 | 27.2 |
| SC | 2,404 | 8.1 | 382 | 4.7 | 1,977 | 8.6 | 33 | 10.2 | 12 | 26.8 |
| VA,E | 2,497 | 5.8 | 709 | 5.2 | 1,375 | 5.1 | 393 | 8.6 | 20 | 14.5 |
| VA,W | 507 | 9.4 | 44 | 3.8 | 447 | 10.0 | 9 | - | 7 | - |
| WV,N | 263 | 9.0 | 13 | 3.6 | 216 | 8.2 | 27 | 23.4 | 7 | - |
| WV,S | 494 | 10.1 | 23 | 2.3 | 462 | 10.3 | 6 | - | 3 | - |
| **5th** | **27,325** | **9.3** | **7,067** | **6.5** | **17,246** | **9.6** | **2,809** | **13.4** | **203** | **26.4** |
| LA,E | 6,178 | 9.9 | 614 | 9.1 | 4,657 | 9.5 | 893 | 13.0 | 14 | 15.4 |
| LA,M | 1,192 | 8.8 | 358 | 8.3 | 810 | 9.3 | 13 | 30.0 | 11 | 32.4 |
| LA,W | 3,881 | 14.7 | 407 | 11.5 | 2,808 | 15.1 | 634 | 15.0 | 32 | 27.2 |
| MS,N | 719 | 5.3 | 140 | 3.8 | 339 | 3.2 | 233 | 10.6 | 7 | - |
| MS,S | 960 | 9.2 | 447 | 8.1 | 479 | 9.4 | 27 | 19.7 | 7 | - |
| TX,N | 3,635 | 6.0 | 543 | 3.4 | 3,057 | 6.4 | 12 | 9.7 | 23 | 22.5 |
| TX,E | 2,211 | 7.6 | 696 | 5.7 | 1,461 | 8.2 | 25 | 60.2 | 29 | 22.5 |
| TX,S | 5,024 | 7.6 | 2,587 | 5.6 | 1,693 | 8.1 | 695 | 12.3 | 49 | 26.9 |
| TX,W | 3,525 | 7.5 | 1,275 | 6.3 | 1,942 | 7.3 | 277 | 15.3 | 31 | 32.0 |
| **6th** | **12,208** | **8.4** | **3,231** | **4.6** | **6,273** | **7.8** | **2,580** | **14.0** | **124** | **38.0** |
| KY,E | 676 | 8.7 | 159 | 4.8 | 502 | 9.3 | 7 | - | 8 | - |
| KY,W | 938 | 10.0 | 133 | 4.2 | 783 | 10.7 | 15 | 20.5 | 7 | - |
| MI,E | 2,564 | 7.9 | 296 | 2.5 | 1,123 | 4.1 | 1,123 | 15.5 | 22 | 41.5 |
| MI,W | 884 | 6.5 | 95 | 2.6 | 548 | 5.2 | 234 | 12.7 | 7 | - |
| OH,N | 2,171 | 8.1 | 474 | 3.5 | 1,004 | 8.4 | 685 | 11.7 | 8 | - |
| OH,S | 2,134 | 7.9 | 886 | 5.0 | 942 | 9.2 | 287 | 15.3 | 19 | 42.9 |
| TN,E | 795 | 11.2 | 265 | 9.3 | 450 | 11.1 | 52 | 16.6 | 28 | 38.0 |
| TN,M | 1,275 | 8.0 | 573 | 5.2 | 523 | 8.7 | 170 | 12.6 | 9 | - |
| TN,W | 771 | 9.8 | 350 | 8.0 | 398 | 11.1 | 7 | - | 16 | 27.6 |
| **7th** | **15,599** | **7.3** | **4,886** | **5.7** | **9,000** | **7.0** | **1,626** | **12.7** | **87** | **41.2** |
| IL,N | 8,486 | 6.1 | 3,164 | 5.2 | 4,951 | 6.5 | 329 | 12.8 | 42 | 44.3 |
| IL,C | 678 | 8.8 | 276 | 7.0 | 386 | 10.5 | 7 | - | 9 | - |
| IL,S | 1,323 | 9.4 | 994 | 8.9 | 320 | 11.9 | 5 | - | 4 | - |
| IN,N | 1,313 | 8.7 | 56 | 2.8 | 916 | 7.5 | 335 | 15.9 | 6 | - |
| IN,S | 2,262 | 9.4 | 50 | 1.9 | 1,460 | 7.1 | 743 | 11.9 | 9 | - |
| WI,E | 992 | 6.4 | 148 | 3.0 | 810 | 7.1 | 21 | 17.0 | 13 | 39.9 |
| WI,W | 545 | 6.5 | 198 | 3.0 | 157 | 6.0 | 186 | 12.0 | 4 | - |
| **8th** | **8,261** | **7.5** | **3,273** | **5.5** | **4,313** | **7.8** | **597** | **13.0** | **78** | **33.4** |
| AR,E | 811 | 10.2 | 329 | 13.2 | 469 | 7.6 | 1 | - | 12 | 34.5 |
| AR,W | 499 | 10.1 | 31 | 6.5 | 416 | 9.5 | 43 | 12.5 | 9 | - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IA,N | 249 | 7.2 | 88 | 8.5 | 157 | 6.6 | 0 | - | 4 | - |
| IA,S | 360 | 7.6 | 153 | 7.6 | 196 | 6.8 | 3 | - | 8 | - |
| MN | 2,487 | 7.5 | 1,472 | 4.5 | 471 | 8.6 | 528 | 12.8 | 16 | 42.2 |
| MO,E | 1,458 | 6.1 | 416 | 3.5 | 1,030 | 7.4 | 4 | - | 8 | - |
| MO,W | 1,468 | 6.8 | 534 | 5.7 | 918 | 7.3 | 7 | - | 9 | - |
| NE | 502 | 7.1 | 143 | 3.8 | 343 | 7.8 | 10 | 33.3 | 6 | - |
| ND | 179 | 11.0 | 6 | - | 171 | 11.5 | 0 | - | 2 | - |
| SD | 248 | 11.7 | 101 | 12.3 | 142 | 10.0 | 1 | - | 4 | - |
| **9th** | **35,416** | **6.0** | **9,944** | **3.9** | **23,211** | **6.4** | **1,936** | **16.0** | **325** | **31.3** |
| AK | 242 | 8.0 | 11 | 2.5 | 227 | 8.2 | 1 | - | 3 | - |
| AZ | 2,226 | 7.2 | 107 | 1.8 | 1,755 | 6.3 | 330 | 15.6 | 34 | 32.0 |
| CA,N | 4,562 | 7.6 | 2,131 | 5.3 | 1,657 | 8.5 | 743 | 15.7 | 31 | 35.8 |
| CA,E | 2,568 | 9.5 | 862 | 7.0 | 1,639 | 10.6 | 55 | 21.2 | 12 | 33.8 |
| CA,C | 15,076 | 3.9 | 4,415 | 3.1 | 10,446 | 4.4 | 85 | 27.5 | 130 | 26.7 |
| CA,S | 2,236 | 6.6 | 723 | 4.1 | 1,032 | 6.6 | 463 | 13.2 | 18 | 33.7 |
| HI | 587 | 5.0 | 217 | 4.7 | 348 | 4.8 | 9 | - | 13 | 39.2 |
| ID | 360 | 11.0 | 21 | 3.5 | 284 | 10.4 | 52 | 25.0 | 3 | - |
| MT | 377 | 10.4 | 127 | 5.7 | 132 | 7.6 | 112 | 14.6 | 6 | - |
| NV | 2,124 | 9.2 | 421 | 7.2 | 1,622 | 9.3 | 62 | 19.6 | 19 | 54.2 |
| OR | 1,614 | 11.0 | 290 | 5.4 | 1,297 | 12.0 | 3 | - | 24 | 31.2 |
| WA,E | 725 | 7.6 | 93 | 5.5 | 627 | 7.7 | 1 | - | 4 | - |
| WA,W | 2,665 | 6.3 | 510 | 3.4 | 2,118 | 7.0 | 11 | 17.5 | 26 | 27.6 |
| GU | 39 | 44.2 | 5 | - | 26 | 60.0 | 8 | - | 0 | - |
| NMI | 15 | 13.6 | 11 | 8.3 | 1 | - | 1 | - | 2 | - |
| **10th** | **7,658** | **8.0** | **1,826** | **5.8** | **5,067** | **7.9** | **676** | **16.1** | **89** | **27.5** |
| CO | 2,684 | 7.5 | 611 | 7.1 | 1,961 | 6.7 | 66 | 25.1 | 46 | 30.6 |
| KS | 900 | 7.1 | 207 | 5.6 | 615 | 6.9 | 65 | 18.5 | 13 | 25.2 |
| NM | 933 | 8.6 | 122 | 3.6 | 511 | 7.0 | 297 | 14.7 | 3 | - |
| OK,N | 465 | 8.8 | 38 | 4.6 | 427 | 9.5 | 0 | - | 0 | - |
| OK,E | 379 | 10.5 | 14 | 2.6 | 358 | 10.8 | 3 | - | 4 | - |
| OK,W | 1,038 | 7.4 | 480 | 5.1 | 380 | 8.7 | 171 | 12.1 | 7 | - |
| UT | 1,065 | 9.3 | 268 | 7.3 | 775 | 9.7 | 12 | 39.0 | 10 | 35.4 |
| WY | 194 | 9.4 | 86 | 5.4 | 40 | 4.1 | 62 | 13.9 | 6 | - |
| **11th** | **82,178** | **14.0** | **10,370** | **39.9** | **69,496** | **10.7** | **2,135** | **11.3** | **177** | **26.6** |
| AL,N | 1,291 | 8.1 | 141 | 2.8 | 1,138 | 8.9 | 4 | - | 8 | - |
| AL,M | 526 | 10.7 | 23 | 2.4 | 488 | 10.8 | 10 | 19.6 | 5 | - |
| AL,S | 399 | 9.6 | 61 | 6.7 | 324 | 9.6 | 5 | - | 9 | - |
| FL,N | 57,929 | 32.5 | 8,407 | 42.1 | 49,506 | 29.2 | 2 | - | 14 | 17.4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FL,M | 6,999 | 5.3 | 107 | 4.6 | 6,510 | 5.0 | 348 | 14.0 | 34 | 27.3 |
| FL,S | 7,550 | 3.5 | 672 | 3.0 | 6,753 | 3.5 | 70 | 8.2 | 55 | 17.1 |
| GA,N | 6,234 | 5.4 | 674 | 3.0 | 3,825 | 3.6 | 1,688 | 10.9 | 47 | 31.5 |
| GA,M | 663 | 7.7 | 245 | 6.7 | 408 | 8.2 | 6 | - | 4 | - |
| GA,S | 587 | 6.7 | 40 | 3.6 | 544 | 7.0 | 2 | - | 1 | - |

NOTE: Median time intervals are not computed when fewer than 10 cases reported. This table excludes land condemnations, prisoner petitions, deportation reviews, recovery of overpayments, and enforcement of judgments. Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases. For fiscal years prior to 2001, this table included data on recovery of overpayments and enforcement of judgments.