**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Kelly Mulcahy (Bar No. 305472)
548 Market Street, #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
kelly@kr.law

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICIOUS BRANDS, INC. dba SAINTS & SINNERS HAIRCARE**, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOLLY CUTLER**, an individual, **THE SKIN SAINT, LLC**, a Michigan limited liability company, **FACE CO., LLC**, a Michigan limited liability company,<br><br>Defendants. | Case No. 3:24-cv-04996-LJC<br><br>**DELCARATION OF DIANA WILSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**<br><br>Date:	November 12, 2024<br>Time:	10:30 a.m.<br>Ct:	Courtroom G<br>Judge:	Hon. Lisa J. Cisneros |

Case No. 3:24-cv-04996-LJC           DECL. OF D. WILSON ISO OF PLAINTIFF'S
                                     OPP. TO DEFENDANTS' MTN TO DISMISS

I, Diana Wilson, declare as follows:

1.  I am a co-founder and Chief Creative Officer of Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare ("Plaintiff" or "Saints & Sinners"). I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Venue. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

2.  Saints & Sinners is a Nevada corporation.

3.  Saints & Sinners is registered to conduct business in California.

4.  Saints & Sinners develops, markets, and sells luxury hair care products.

5.  Since at least 2016, Saints & Sinners has continuously used the following stylized logo (the "SS Mark") on and in connection with its hair products throughout the United States and internationally.



6.  Saints & Sinners is the owner of multiple United States federal trademark registrations covering the SS Mark, including under registrations numbers 5,097,396 and 5,097,386.

7.  Through extensive use, marketing, branding, and promotion, the SS Mark has become well-known in California, the United States, and internationally, enjoying substantial recognition, goodwill, and association with Saints & Sinners.

8.  In March 2021, Defendants began using a confusingly similar SS logo (the "Infringing Mark") in connection with their related beauty products and services, including but not limited to, beauty consultation services, cleansers, lotions, moisturizers, serums, masks, and creams.

//



9. The core business activities and trademarks of Saints & Sinners relevant to this matter are substantially based in or related to California.

10. Saints & Sinners' primary wholesale distributor operates within California.

11. The formulation, development, and production of three of Saints & Sinners' bestselling products occurred in California.

12. The Saints & Sinners SS design trademarks were conceived and designed in California.

13. Saints & Sinners conducts more trainings and seminars in California than all of the other states combined.

14. The majority of Saints & Sinners session stylists working with the brand are located in California.

15. Saints & Sinners is a frequent sponsor of events located in California including The Grammys and The Emmys.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct that this declaration was executed on October 11, 2024 in <u>Punta Mita, Mexico.</u>

By: 
Diana Wilson

Case No. 3:24-cv-04996-LJC     2     DECL. OF D. WILSON ISO OF PLAINTIFF'S OPP. TO DEFENDANTS' MTN TO DISMISS