1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

11
12

| | |
|---|---|
| **VICIOUS BRANDS, INC. dba SAINTS & SINNERS HAIRCARE**, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOLLY CUTLER**, an individual, **THE SKIN SAINT, LLC**, a Michigan limited liability company, **FACE CO., LLC**, a Michigan limited liability company,<br><br>Defendants. | Case No. 3:24-cv-04996-LJC<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having considered Defendants Holly Cutler, The Skin Saint, LLC, and Face Co., LLC ("Defendants")'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Venue ("Motion to Dismiss"), all opposing and reply papers and evidence, the files and records of this action, any oral argument, and finding good cause appearing, the Court hereby finds and orders as follows:

IT IS HEREBY ORDERED that Defendants' Motion is DENIED.

**IT IS SO ORDERED.**

DATED: _____     _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    LISA J. CISNEROS