UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICIOUS BRANDS, INC.,

Plaintiff,

v.

FACE CO., LLC, et al.,

Defendant.

Case No. 24-cv-04996-LJC

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Face Co., LLC, Skin Saint LLC, and Holly Cutler, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Robert N. Phillips, Fatima Mobin; Reed Smith LLP

Name(s) of counsel withdrawing from representation and firm name:

Chad Pehrson, Bryan Todd; Kunzler Bean & Adamson

Date: November 21, 2024

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: November 26, 2024

_____
UNITED STATES MAGISTRATE JUDGE