UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICIOUS BRANDS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>FACE CO., LLC, et al.,<br><br>   Defendants. | Case No. 24-cv-04996-LJC<br><br>**ORDER GRANTING AS MODIFIED STIPULATION TO CONTINUE HEARING AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 33 |

The parties have filed a Stipulation (ECF No. 33) to continue hearings and deadlines. Although the Court is amenable to a continuance, the proposed schedule does not allow for sufficient time between the reply brief and the hearing on Defendants' Motion to Stay. The Court also believes the partes may benefit from exchanging initial disclosures before preparing their case management statement. The Court therefore continues deadlines and hearings as follows:

Plaintiff shall file its opposition to Defendants' Motion to Stay no later than January 22, 2025.

Defendants shall file their reply no later than January 29, 2025.

The Court will hear argument on the Motion to Stay on February 11, 2025 at 10:30 AM in Courtroom G.

The parties shall serve initial disclosures no later than February 27, 2025.

The parties shall file a joint case management statement no later than March 6, 2025.

The initial case management conference will occur on March 13, 2025 at 1:30 PM via Zoom webinar videoconference. Access instructions are available at https://cand.uscourts.gov/ljc/.

**IT IS SO ORDERED.**

Dated: December 12, 2024

LISA J. CISNEROS
United States Magistrate Judge