**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Kelly Mulcahy (Bar No. 305472)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
kelly@kr.law

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICIOUS BRANDS, INC. dba SAINTS & SINNERS HAIRCARE**, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOLLY CUTLER**, an individual, **THE SKIN SAINT, LLC**, a Michigan limited liability company, **FACE CO., LLC**, a Michigan limited liability company,<br><br>Defendants. | Case No. 3:24-cv-04996-LJC<br><br>**JOINT STIPULATION AND ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 TO EXTEND DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare ("Plaintiff") and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, respectfully move for a court order extending Plaintiff's time to file its Second Amended Complaint (the "SAC") from August 8, 2025 to August 22, 2025.

1. Plaintiff filed its First Amended Complaint ("FAC") on April 21, 2025. [D.E. No. 48.]

2. On June 6, 2025, Defendants filed a Motion to Dismiss the FAC. [D.E. No. 50.]

3. On June 20, 2025, Plaintiff filed an Opposition to Defendants' Motion to Dismiss. [D.E. No. 51.]

4. On June 26, 2025, Defendants filed their Reply in Support of the Motion to Dismiss. [D.E. No. 53.]

5. On July 25, 2025, Hon. Lisa J. Cisneros issued an Order denying in part and granting in part Defendants' Motion to Dismiss the First Amended Complaint (the "Order"). [D.E. No. 60.]

6. Pursuant to the Order, the current deadline for Plaintiff to file a SAC is August 8, 2025.

7. The Parties have met and conferred and agree that the deadline for Plaintiff to file a SAC be extended from August 8, 2025 to August 22, 2025.

8. <u>Reasons for requested enlargement of time:</u> Plaintiff seeks to extend the deadline to accommodate recent staffing challenges. Specifically, one of Plaintiff's lead attorneys was out sick with Covid the week of July 28, 2025, and is also preparing for an upcoming maternity leave. Due to the unexpected absence of counsel, additional time is needed for Plaintiff to prepare the SAC. Defendant does not oppose this request.

9. <u>Previous time modifications to the case:</u> This is the fourth modification to the case schedule. The Parties filed a Stipulation for Extension of Time to Respond to Plaintiff's Complaint on November 26, 2024. [D.E. No. 29.] On December 12, 2024, the

Parties filed a Stipulation to Continue the Hearing on Defendants' Motion to Stay and to Continue the Initial Case Management Conference. [D.E. No. 33.] On April 21, 2025, the Parties filed a Stipulation for Plaintiff to file its First Amended Complaint and for Defendants to have until June 6, 2025 to respond to the First Amended Complaint. [D.E. No. 47.]

10. <u>Effect of requested time on schedule for the case:</u>  This request does not extend any other case deadline and discovery is ongoing.

11. Accordingly, the Parties respectfully request that this Court extend the deadline for Plaintiff to file its SAC to August 22, 2025.

Respectfully Submitted,

DATED: August 5, 2025            **KRONENBERGER ROSENFELD, LLP**


By:   s/ Karl S. Kronenberger
          Karl S. Kronenberger

Attorneys for Plaintiff

DATED: August 5, 2025            **REED SMITH LLP**


By:      s/ Robert N. Phillips
              Robert N. Phillips

Attorneys for Defendants


**ATTESTATION OF CONCURRENCE IN FILING**

I, Karl S. Kronenberger, pursuant to Local Rule 5-1(i)(3), attest that I am counsel for Plaintiff in this case. As the EFC user and filer of this document, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document, which shall serve in lieu of their signatures.

DATED: August 5, 2025            /s/ Karl S. Kronenberger
                                 Karl S. Kronenberger

**ORDER**

Pursuant to the Joint Stipulation of Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC, and for good cause shown,

IT IS HEREBY ORDERED:

1. The deadline for Plaintiff to file its Second Amended Complaint is extended from August 8, 2025 to August 22, 2025.
2. All other deadlines in the case remain unchanged.

**IT IS SO ORDERED.**

DATE: August 6, 2025

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE