**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Virginia A. Sanderson (CA Bar No. 240241)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
ginny@kr.law

Attorneys for Plaintiff Vicious Brands, Inc.
dba Saints & Sinners Haircare

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICIOUS BRANDS, INC. dba SAINTS & SINNERS HAIRCARE**, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOLLY CUTLER**, an individual, **THE SKIN SAINT, LLC**, a Michigan limited liability company, **FACE CO., LLC**, a Michigan limited liability company,<br><br>Defendants. | Case No. 3:24-cv-04996-LJC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 REGARDING PLAINTIFF'S REQUEST TO EXTEND TIME ON PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rules 6-2 Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare ("Plaintiff") and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

1. Defendants filed their Motion for Summary Judgment on September 5, 2025.

2. The current deadline for Plaintiff to file an opposition is September 19, 2025.

3. The current deadline for Defendants to file their reply is September 29, 2025.

4. Plaintiff requests that its time to file an opposition to the motion for summary judgment be extended by two weeks to October 3, 2025.

5. Defendants do not oppose Plaintiff's request, provided the hearing date and case management schedule remain the same and that Defendants have at least one week to prepare and file their reply. Defendants will be guided by the Court on when their reply brief should be filed to provide the Court with sufficient time in advance of the current hearing date.

6. <u>Reasons for requested enlargement of time:</u> For this dispositive motion, Plaintiff requires additional time to consider experts, draft its opposition, and prepare exhibits for the Court's review. In exchange for its agreement to the extension, Plaintiff is willing to provide Defendants the same courtesy by extending the time between filing of the opposition and the due date for Defendants' reply.

7. <u>Previous time modifications to the case:</u> This is the Parties' first request for an extension of these deadlines. The requested extension is made in good faith and not for the purpose of undue delay.

8. <u>Effect of requested time on schedule for the case:</u> This request does not extend any other case deadline and discovery is ongoing.

9. Accordingly, the Parties respectfully request that this Court extend the

deadlines regarding briefing on Defendants' Motion for Summary Judgment.

Respectfully Submitted,

DATED: September 17, 2025              **KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
       Karl S. Kronenberger

Attorneys for Plaintiff

DATED: September 17, 2025              **REED SMITH LLP**

By:   s/ Robert N. Phillips
       Robert N. Phillips

Attorneys for Defendants

### ATTESTATION OF CONCURRENCE IN FILING

I, Karl S. Kronenberger, pursuant to Local Rule 5-1(i)(3), attest that I am counsel for Plaintiff in this case. As the EFC user and filer of this document, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document, which shall serve in lieu of their signatures.

DATED: September 17, 2025              /s/ Karl S. Kronenberger
                                        Karl S. Kronenberger

## ORDER AS MODIFIED

Pursuant to the Joint Stipulation of Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC, and for good cause shown,

IT IS HEREBY ORDERED:

1. Plaintiff's deadline to file an opposition to Defendants' Motion for Summary Judgment is extended to October 3, 2025.
2. Defendants' deadline to file a reply is extended to October 17, 2025.
3. All other deadlines in the case remain unchanged.

**IT IS SO ORDERED.**

DATE: September 17, 2025

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE