**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Virginia A. Sanderson (CA Bar No. 240241)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
ginny@kr.law

Attorneys for Plaintiff Vicious Brands, Inc.
dba Saints & Sinners Haircare

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICIOUS BRANDS, INC. dba SAINTS & SINNERS HAIRCARE**, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOLLY CUTLER**, an individual, **THE SKIN SAINT, LLC**, a Michigan limited liability company, **FACE CO., LLC**, a Michigan limited liability company,<br><br>Defendants. | Case No. 3:24-cv-04996-LJC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE TIME TO COMPLETE OUTSTANDING DEPOSITIONS** |

1  Pursuant to Civil Local Rule 30-1 and Federal Rule of Civil Procedure 16(b)(4), 29, and 30(b), Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare ("Plaintiff") and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

1. On September 26, 2025, Defendants noticed the depositions of Diana and Michael Wilson for October 13 and 14, 2025, and continued the notices to October 28 and 29 respectively at the Wilsons' request for medical reasons. On October 15, 2025, Plaintiff noticed the depositions of The Skin Saint LLC and Holly and Doug Cutler for October 28 and 29, 2025 (each of the five foregoing depositions hereafter referred to collectively as the "Outstanding Depositions").

2. The close of fact discovery is October 29, 2025.

3. Currently pending before the Court are Defendants' Motion to Dismiss Plaintiff's False Advertising Claim in the Second Amended Complaint and Defendants' Motion for Summary Judgment on the Trademark Claims (the "Motions"), with a hearing scheduled on November 4, 2025.

4. The Parties desire to extend the deadline for the Parties to complete the Outstanding Depositions from October 29, 2025 until two weeks after the Court rules on the Motions.

5. <u>Reasons for requested enlargement of time:</u> Delaying the Outstanding Depositions until after the Court rules on the Motions would conserve the Parties' resources, considering how the Court's rulings on the Motions may affect the scope of, or need to take, the depositions.

6. <u>Previous time modifications to the case:</u> This is the Parties' first request to modify the fact discovery deadline in any way. The requested extension is made in good faith and not for the purpose of undue delay.

7. <u>Effect of requested time on schedule for the case:</u> This request would not extend any other case deadline, and the October 29, 2025 deadline for fact discovery will

1 not be modified in any other respect.

2     8.    Accordingly, the Parties respectfully request that this Court extend the
3 deadline to complete the Outstanding Depositions until two weeks following the date the
4 Court has issued both of its orders on the pending Motions.

6 Respectfully Submitted,

7 DATED: October 21, 2025          **KRONENBERGER ROSENFELD, LLP**

9     By:   s/ Karl S. Kronenberger
        Karl S. Kronenberger

Attorneys for Plaintiff

12 DATED: October 21, 2025          **REED SMITH LLP**

14     By:   s/ Robert N. Phillips
        Robert N. Phillips

Attorneys for Defendants

17 ### ATTESTATION OF CONCURRENCE IN FILING

18     I, Karl S. Kronenberger, pursuant to Local Rule 5-1(i)(3), attest that I am counsel
19 for Plaintiff in this case. As the EFC user and filer of this document, I attest that
20 concurrence in the filing of this document has been obtained from each of the other
21 signatories to this document, which shall serve in lieu of their signatures.

23 DATED: October 21, 2025          /s/ Karl S. Kronenberger
        Karl S. Kronenberger

**ORDER**

Pursuant to the Joint Stipulation of Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC, and for good cause shown,

IT IS HEREBY ORDERED:

1. Parties' deadline to complete the Outstanding Depositions is extended to two weeks following the date the Court has issued its rulings on both of the pending Motions.

2. All other deadlines in the case remain unchanged.

**IT IS SO ORDERED.**

DATE: October 21, 2025

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE