**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Virginia A. Sanderson (CA Bar No. 240241)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
ginny@kr.law

Attorneys for Plaintiff Vicious Brands, Inc.
dba Saints & Sinners Haircare

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICIOUS BRANDS, INC. dba SAINTS & SINNERS HAIRCARE**, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOLLY CUTLER**, an individual, **THE SKIN SAINT, LLC**, a Michigan limited liability company, **FACE CO., LLC**, a Michigan limited liability company,<br><br>Defendants. | Case No. 3:24-cv-04996-LJC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE TIME TO COMPLETE EXPERT DEPOSITIONS** |

Case No. 3:24-cv-04996-LJC

**JOINT STIP AND ORDER RE EXPERT DEPOSITIONS**

Pursuant to Civil Local Rule 30-1 and Federal Rule of Civil Procedure 16(b)(4), 29, and 30(b), Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare ("Plaintiff") and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

1.    The current Case Management Schedule, dated April 9, 2025 (D.E. 46), includes the following deadlines:

- Expert discovery cut-off: January 26, 2026
- Last day to file dispositive motions and Daubert motions: February 17, 2026
- Last day to hear dispositive motions and Daubert motions: April 7, 2026, 1:30 PM.
- Pretrial conference: June 26, 2026, 1:30 p.m.
- Jury Trial: July 13, 2026 (5 days)

2.    Currently under submission by the Court are Defendants' Motion to Dismiss (D.E. 64) and Defendants' Motion for Summary Judgment (D.E. 67) (collectively, the "Motions").

3.    Plaintiff has designated two expert witnesses and Defendant has designated one rebuttal expert witness. The Parties have already exchanged expert reports in accordance with the deadlines set forth in the Case Management Schedule.

4.    Defendants' rebuttal expert witness is due to give birth within two (2) weeks of the scheduled jury trial start date of July 13, 2026.

5.    Defendants' lead trial counsel will also be traveling in late June and early July of 2026.

6.    The Parties previously stipulated, and the Court ordered (D.E. 84), that the date to complete certain witness depositions would be extended until two weeks after an opinion on the Motions issues.

7.    The Parties acknowledge and agree that the Court's rulings on the Motions may eliminate or otherwise narrow the scope of further discovery, Daubert motions and

Case No. 3:24-cv-04996-LJC                    1          **JOINT STIP AND ORDER RE EXPERT DEPOSITIONS**

dispositive motions in the case.

8.      For the above reasons, the Parties desire to extend the expert discovery cut-off deadline from January 26, 2026 to four (4) weeks after the Court issues its ruling on the Motions, or such other date as the Court sees fit.

9.      In connection with this extension of expert discovery, the Parties also desire to extend the dispositive and *Daubert* motion and hearing deadlines accordingly.

10.      In connection with this extension of dispositive and *Daubert* motion and hearing deadlines, the Parties believe the pretrial conference, if any, may need to be rescheduled to a later date.

11.      Finally, in connection with this extension of expert discovery and the potential unavailability of Defendant's expert at trial, the Parties request an extension of the trial date as well. Defendants' counsel has requested at least one to two months later than the current trial date of July 13, 2026 so that Defendants' expert will be able to participate meaningfully in trial preparation and so that Defendants' lead trial counsel will be available to adequately prepare for trial.

12.      Rather than request a schedule where the dispositive and *Daubert* motion deadlines, hearings, pretrial conference, and trial date are each a certain number of weeks or months out from the Court's decision on the Motions, the Parties request that the Court suspend and/or continue these dates, as stated in the current Case Management Schedule, and issue a new case management schedule, if necessary, with appropriate deadlines and Court dates after ruling on the Motions.

13.      Reasons for requested enlargement of time: The additional time for expert discovery and *Daubert* motions is necessary to allow the Parties to conduct the outstanding witness depositions and expert depositions should it become necessary in light of the Court's decision on the Motions, with adequate preparation time for counsel and client consultations. This will allow the Parties to evaluate expert opinions and prepare comprehensive *Daubert* challenges if necessary. The extension of the trial date is necessary to accommodate Defendants' expert witness's medical condition and recovery

period, and to ensure her availability and adequate preparation for trial. The requested extensions serve the interests of justice by allowing the Parties, if necessary, to conduct thorough expert discovery, fully understand the other Parties' expert positions before filing dispositive and *Daubert* motions, and present their cases at trial with both expert testimony and complete participation of trial counsel.

14.   Previous time modifications to the case: The Parties previously extended the fact discovery deadline (as referenced in the prior Joint Stipulation dated October 21, 2025) as to certain outstanding witness depositions only. The requested extensions of expert discovery, dispositive and *Daubert* motion deadlines, and related pretrial and trial dates are the first such requests and are made in good faith and not for the purpose of undue delay.

15.   Effect of requested time on schedule for the case: This request extends the expert discovery cut-off deadline, the related *Daubert* motion deadlines, the pretrial conference date, and the jury trial date as specified above. While this request does impact the overall length of the case, with the exception of the outstanding witness and expert depositions, discovery is and remains closed. Thus, the requested extensions do not prejudice any party or the Court; rather, they promote judicial economy by waiting until the Court's ruling on the Motions and adjusting the scope of remaining work, if any, to be done.

16.   Accordingly, the Parties respectfully request that this Court extend the expert discovery cut-off deadline to four (4) weeks after the Court's ruling on the Motions and suspend or continue the *Daubert* motion deadlines and hearing date, the pretrial conference, and the trial date until the Court rules on the Motions and issues a new Case Management Schedule setting the same.

Respectfully Submitted,

DATED: January 20, 2026            **KRONENBERGER ROSENFELD, LLP**


By:    s/ Karl S. Kronenberger
            Karl S. Kronenberger

Attorneys for Plaintiff

DATED: January 20, 2026            **REED SMITH LLP**


By:        s/ Robert N. Phillips
                Robert N. Phillips

Attorneys for Defendants


**ATTESTATION OF CONCURRENCE IN FILING**

I, Karl S. Kronenberger, pursuant to Local Rule 5-1(i)(3), attest that I am counsel for Plaintiff in this case. As the EFC user and filer of this document, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document, which shall serve in lieu of their signatures.

DATED: January 20, 2026            /s/ Karl S. Kronenberger
                    Karl S. Kronenberger

Case No. 3:24-cv-04996-LJC            4    **JOINT STIP AND ORDER RE EXPERT DEPOSITIONS**

## ORDER

Pursuant to the Joint Stipulation of Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC, and for good cause shown,

IT IS HEREBY ORDERED:

1. The expert discovery cut-off deadline is extended from January 26, 2026 to four (4) weeks following the date the Court has issued its ruling on the pending Motions.

2. The following deadlines and dates are suspended and/or continued until such time as the Court issues a new Case Management Order scheduling the same: (a) the deadline to file dispositive motions and *Daubert* motions, the deadline to hear dispositive motions and *Daubert* motions, the pretrial conference, and the jury trial start date.

3. All other deadlines in the case remain unchanged.

**IT IS SO ORDERED.**

DATE: January 22, 2026

_____

HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

KRONENBERGER ROSENFELD

Case No. 3:24-cv-04996-LJC

5

**JOINT STIP AND  ORDER RE EXPERT DEPOSITIONS**