**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Virginia A. Sanderson (CA Bar No. 240241)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
ginny@kr.law

Attorneys for Plaintiff Vicious Brands, Inc.
dba Saints & Sinners Haircare

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICIOUS BRANDS, INC. dba SAINTS & SINNERS HAIRCARE**, a Nevada corporation, | Case No. 3:24-cv-04996-LJC |
| Plaintiff, | **JOINT STATEMENT REGARDING ALTERNATIVE DISPUTE RESOLUTION; JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE TIME TO COMPLETE FACT AND EXPERT WITNESS DEPOSITIONS AND FILE THIRD AMENDED COMPLAINT** |
| v. | |
| **HOLLY CUTLER**, an individual, **THE SKIN SAINT, LLC**, a Michigan limited liability company, **FACE CO., LLC**, a Michigan limited liability company, | |
| Defendants. | |

**JOINT STIP AND [~~PROP~~] ORDER RE EXPERT DEPOSITIONS**

Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare ("Plaintiff") and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following Joint Statement and Stipulation:

**JOINT STATEMENT REGARDING ALTERNATIVE DISPUTE RESOLUTION**

On February 3, 2026, the Court issued its Order (D.E. 95) on Defendants' Motion to Dismiss (D.E. 64) and Defendants' Motion for Summary Judgment (D.E. 67), granting in part and denying in part the Motion for Summary Judgment and granting the Motion to Dismiss with leave to amend. At the conclusion of that Order, the Court directed the Parties to file a joint statement addressing the status of alternative dispute resolution.

The Parties have previously engaged in settlement discussions. In addition to exchange of settlement offers through counsel, the Parties participated in a virtual mediation in May 2025 with a member of the Court's volunteer mediation panel.

The Parties believe that further alternative dispute resolution efforts would be useful at this time and respectfully request that the Court refer this case to a magistrate judge for a settlement conference.

The Parties propose that the settlement conference be attended in-person by counsel for each party. However, the Parties request that representatives of each Party be permitted to attend the settlement conference remotely, such as through videoconference, as the individuals on each side reside out of state and would incur significant time and expense to travel to the Northern District of California for an in-person settlement conference. Counsel for the Parties agree that, in this particular case, there would be no added benefit to any face-to-face meeting between the parties themselves, and that remote participation by the parties would be an efficient and effective format for the settlement conference.

The Parties further propose that the settlement conference be referred to Magistrate Judge Beeler at her earliest availability.

//

Case No. 3:24-cv-04996-LJC

1

**JOINT STIP AND [PROP] ORDER RE EXPERT DEPOSITIONS**

**JOINT STIPULATION TO EXTEND TIME PENDING ADR PROCEEDING**

Pursuant to Civil Local Rule 30-1 and Federal Rule of Civil Procedure 16(b)(4), 29, and 30(b), the Parties, by and through their respective counsel, hereby stipulate and request as follows:

1.     The Parties previously stipulated, and the Court ordered (D.E. 83, 84), that the date to complete certain fact witness depositions (namely, of Diana Wilson, Michael Wilson, The Skin Saint LLC, Holly Cutler, and Doug Cutler) would be extended until two weeks after an opinion on Defendants' Motion to Dismiss and Motion for Summary Judgment (the "Motions") issued.

2.     The Parties further previously stipulated, and the Court ordered (D.E. 92, 93), that (a) the date to complete expert witness depositions would be extended until four weeks after an issuance of an opinion on the Motions, and (b) the deadline to file dispositive motions and *Daubert* motions, the deadline to hear dispositive motions and *Daubert* motions, the pretrial conference, and the jury trial start date would be suspended and/or continued until such time as the Court issued a new Case Management Order Scheduling the Same.

3.     The Court has set a Further Case Management Conference for February 26, 2026 at 1:30 p.m. via Zoom.  The Court has ordered the Parties to file a Joint Case Management Statement no later than February 19, 2026.

4.     The Court issued its rulings on the Motions on February 3, 2026 (D.E. 95) (the "Order"), thereby triggering the deadlines for taking the outstanding fact and expert witness depositions (the "Outstanding Depositions").

5.     In its Order, the Court directed Plaintiff to file its Third Amended Complaint no later than February 17, 2026 (the "Amendment Deadline").

6.     In its Order, the Court directed the Parties to file a joint statement addressing the status of alternative dispute resolution and offering to refer the case to a magistrate judge for a settlement conference.

7.     As indicated in the Parties' Joint Statement Regarding Alternative Dispute

Resolution above, the Parties are willing to participate in a settlement conference before Magistrate Beeler at her soonest availability in an effort to settle the case.

8. The Parties have agreed to further postpone the Outstanding Depositions until four (4) weeks after completion of the settlement conference.

9. The Parties have further agreed to postpone the Amendment Deadline until two (2) weeks after completion of the settlement conference.

10. Reasons for requested enlargement of time: Avoiding the costs of ongoing litigation through settlement, if possible, is the primary reason for postponing the Outstanding Depositions and the Amendment Deadline until after the settlement conference. Given the Court's recent Order and the Parties' desire to pursue alternative dispute resolution, the Parties believe it is in the interests of judicial economy and cost savings to postpone the Outstanding Depositions and Amendment Deadline pending the outcome of the settlement conference. If the case does not settle at the settlement conference, the Parties will proceed with the Outstanding Depositions and filing of a Third Amended Complaint in a timely manner. This approach serves the interests of justice by potentially avoiding unnecessary costs while preserving the Parties' ability to complete limited remaining discovery should settlement not be reached.

11. Previous time modifications to the case: The Parties previously extended certain deadlines as to the Outstanding Depositions to allow the Court to first rule on the Motions. (D.E. 83, 84, 92, 93.) The requested further extensions for the Outstanding Depositions and Amendment Deadline are made for the sole purpose of conserving resources with the hope that the Parties will be able to settle the dispute and not for the purpose of undue delay.

12. Effect of requested time on schedule for the case: This request extends the deadline for taking the Outstanding Depositions and the Amendment Deadline as specified above. While this request does impact the overall length of the case, with the exception of the Outstanding Depositions, discovery is and remains closed and there is no current trial date. Thus, the requested extensions do not prejudice any party or the Court; rather, they

promote judicial economy by providing incentive to settle.

13.    Accordingly, the Parties respectfully request that this Court refer this case to Magistrate Judge Beeler for a settlement conference at her soonest availability, extend the Amendment Deadline to two (2) weeks after the settlement conference, and extend the deadline for taking the Outstanding Depositions to four (4) weeks after the settlement conference.

Respectfully Submitted,

DATED: February 10, 2026                **KRONENBERGER ROSENFELD, LLP**

By:    s/ Karl S. Kronenberger
        Karl S. Kronenberger

Attorneys for Plaintiff

DATED: February 10, 2026                **REED SMITH LLP**

By:       s/ Robert N. Phillips
        Robert N. Phillips

Attorneys for Defendants

## ATTESTATION OF CONCURRENCE IN FILING

I, Karl S. Kronenberger, pursuant to Local Rule 5-1(i)(3), attest that I am counsel for Plaintiff in this case. As the EFC user and filer of this document, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document, which shall serve in lieu of their signatures.

DATED: February 10, 2026                /s/ Karl S. Kronenberger
        Karl S. Kronenberger

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation of Plaintiff Vicious Brands, Inc. dba Saints & Sinners Haircare and Defendants Holly Cutler, The Skin Saint, LLC, and FACE Co., LLC, and for good cause shown,

IT IS HEREBY ORDERED:

1. This case is referred to Magistrate Judge Beeler for setting of a hybrid settlement conference (lead counsel attend in person, parties attend virtually), or such other format as Judge Beeler may determine is appropriate, at her soonest availability.  The Parties shall notify the Court of the result of the settlement conference within twenty four (24) hours of its completion.

2. The deadline for the Parties to complete the Outstanding Depositions is extended to four (4) weeks following the date of the settlement conference.

3. The deadline for Plaintiff to file a Defendant to respond to the Third Amended Complaint pursuant to the Court's Order is extended to two (2) weeks following the date of the settlement conference.

4. Case Management Conference is vacated until further notice.

**IT IS SO ORDERED.**

DATE: ___February 18, 2026_____

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

Case No. 3:24-cv-04996-LJC          5          **JOINT STIP AND [PROP] ORDER RE EXPERT DEPOSITIONS**

KRONENBERGER ROSENFELD