UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICIOUS BRANDS, INC.,
Plaintiff,

v.

FACE CO., LLC, et al.,
Defendants.

Case No. 24-cv-04996-LJC

**FURTHER CASE MANAGEMENT SCHEDULING ORDER**

Having considered the parties' positions and proposals at the October 16, 2026 case management conference, the following deadlines and hearings are ordered:

| | |
|---|---|
| Discovery cut-off (fact and expert): | December 11, 2026 |
| Joint case management statement: | December 23, 2026 |
| Further case management conference: | December 31, 2026, 1:30 PM |
| Pretrial conference:[1] | February 12, 2027, 1:30 PM |
| Jury trial: | February 22, 2027 (5 days) |

This schedule contemplates a single trial on all claims without full briefing of a motion for summary judgment on Plaintiff's false advertising claims. If Defendants believe there is a straightforward basis for summary judgment, Defendants may bring such a motion (and Plaintiff may oppose it) using the same procedures set by this Court's Pretrial Conference Standing Order for motions in limine, and the Court will hear argument at the pretrial conference. If the parties believe the issues on summary judgment would be too complex for resolution in that manner, the Court questions whether full summary judgment briefing on complex issues would be more

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc/.

efficient or cost-effective than simply presenting and resolving the false advertising claims at trial, when trial will proceed regardless on Plaintiff's trademark claims. That said, if any party believes after discovery is complete that a fully briefed summary judgment motion on the trademark claims is necessary or desirable, the Court will consider arguments to continue or bifurcate the trial at the December 31 case management conference.

**IT IS SO ORDERED.**

Dated: October 7, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California